In the Matter of EMMERAN M., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; EMMERAN M., Appellant. [885 NYS2d 813]—

Appeal from an order of the Family Court, Monroe County (John J. Rivoli, J.), entered March 20, 2008 in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, terminated respondent's parental rights.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: On appeal from an order of disposition that, inter alia, terminated his parental rights, respondent father contends that Family Court abused its discretion in refusing to issue a suspended judgment. We reject that contention. Petitioner established that, over the course of more than a year and six months, the father made little to no effort to visit the child and that, during visitation, he made minimal efforts to interact with the child (*see Matter of Lenny R.*, 22 AD3d 240 [2005], *lv denied* 6 NY3d 708 [2006]; *Matter of Jason J.*, 283 AD2d 982 [2001]). Petitioner further established that the father failed to complete a court-ordered substance abuse treatment program or to attend court-ordered domestic violence counseling (*see Matter of Melissa DD.*, 45 AD3d 1219, 1221 [2007], *lv denied* 10 NY3d 701 [2008]). We thus conclude that the court properly determined that a suspended judgment would not serve the best interests of the child (*see Matter of Ada M.R.*, 306 AD2d 920, 921 [2003], *lv denied* 100 NY2d 509 [2003]; *see generally Matter of Michael B.*, 80 NY2d 299, 310-311 [1992]). Present—Smith, J.P., Fahey, Carni, Pine and Gorski, JJ.